## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KATHLEEN FRENETTE, LESLIE
MONTGOMERY, AND SUZANNE
ZUCKERMAN,

          Plaintiffs,

    v.

ALEXION PHARMACEUTICALS, INC. now
D/B/A ALEXION, ASTRAZENECA RARE
DISEASE and MARY SHEILA LEESE,

          Defendants.

Civil  Action No. 1:22-cv-11042-IT

## MOTION TO EXTEND THE MEDIATION DATE

Defendants Alexion Pharmaceuticals, Inc. ("Alexion"), and Mary Sheila Leese (collectively "Defendants") respectfully move the Court to continue the currently scheduled mediation date to a new mutually agreeable date. In support thereof, the Party states as follows:

1. Pursuant to the Court's referral to mediation, the Parties are currently scheduled to participate in mediation on August 14, 2026.

2. In-House Counsel for Defendants have a previously scheduled out-of-state vacation and are unavailable to attend the mediation on August 14, 2026.

3. This request is made in good faith, and not for purposes of delay. The requested continuance will not prejudice any party and will facilitate the Parties' participation in the mediation process.

WHEREFORE, the Defendants respectfully request that the Court allow this Motion and reschedule the mediation from August 14, 2026.

DATED: June 12, 2026

Respectfully submitted,

ALEXION PHARMACEUTICALS, INC., and
MARY-SHEILA LEESE


By: */s/ Lynn A. Kappelman*

Lynn A. Kappelman (BBO No. 642017)
lkappelman@seyfarth.com
Emily J. Miller (BBO No. 705662)
emmiller@seyfarth.com
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 1200
Boston, Massachusetts  02210-2028
Telephone: (617) 946-4800
Facsimile:  (617) 946-4801


## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Lynn A. Kappelman, certify that on June 11, 2026 I attempted to confer with Plaintiffs' counsel by email, who to date, have not provided their consent.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman


## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman

326534474v.1